**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRUCE J. CHASAN, | : | No. 208 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CORREALE F. STEVENS, CAROLYN H. | : | |
| NICHOLS, AND MARY P. MURRAY, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.